ORDERED.

Dated: August 13, 2015

*Cynthia C. Jackson*
Cynthia C. Jackson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In Re

    ELIZABETH POOLE,                          CASE NO.: 6:14-bk-07839-CCJ
            Debtor.                                          Chapter 13
_____/

**ORDER GRANTING MOTION TO APPROVE**
**MORTGAGE MODIFICATION TRIAL PERIOD AGREEMENT**

     THISPROCEEDING having come before this Court on the Debtor's Motion to Approve Trial Period Agreement (Document No. 57), and this Court having considered the matter and having found that it does have merit. Accordingly, it is

**ORDERED**:

1. The Motion is **GRANTED**.

2. The Trial Period Agreement for the property located at 741 Brechner Terr, Deltona, FL 32738 is hereby approved and the parties are ordered to comply with the terms of the agreement.

3. The trial period payment is $972.57 beginning in July 1, 2015 and with the last payment ending December 1, 2015.

4. The payments will be sent to:

    Selene Finance
    PO Box 71243
    Philadelphia, PA 19176-6243

5. Selene Finance shall timely provide the final mortgage modification agreement after the trial period payments are made.

6. Payments to Chapter 13 Trustee constitute timely payments to Selene Finance.

7. Any interested parties may object to this order within 14 days from the date of service of this order. If an interested party files such an objection within this time period, the court will schedule the motion for hearing on notice to the debtor, debtor's counsel and the Chapter 13 Trustee, and to the objecting party

8. All other orders that do not conflict with this order remain in full force and effect.

Attorney Charles Price is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.